IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR187 |
| vs. | |
| TERRANCE ROBINSON, | ORDER |
| Defendant. | |

This matter is before the court on defendant's unopposed MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS [28]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 14-day extension. Pretrial Motions shall be filed by September 26, 2017. The Court finds that the Waiver of Speedy Trial filed on August 28, 2017 (Filing No. 27) satisfies the requirements of NECrimR 12.3(a). This will be the defendant's final extension of time to file pretrial motions.

**IT IS ORDERED:**

1. Defendant's MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS [28] is granted. Pretrial motions shall be filed on or before September 26, 2017.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between September 12, 2017 and September 26, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3. This is the defendant's **final extension** of time to file pretrial motions. No further extensions will be granted.

Dated this 13th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge