IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TERRANCE ROBINSON<br><br>                    Defendant. | **8:17CR187**<br><br>**ORDER** |

This matter is before the court on Defendant's Unopposed Motion to Continue Trial [42]. Counsel just received additional discovery and is seeking additional time to review prior to going to trial. For good cause shown,

**IT IS ORDERED** that Defendant's Unopposed Motion to Continue Trial [42] is granted as follows:

    1. The jury trial, now set for November 14, 2017, is continued to **December 26, 2017**.

    2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 16, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 9th day of November, 2017.

                                        BY THE COURT:

                                        s/ Michael D. Nelson
                                        United States Magistrate Judge