# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:17CR187 |
| vs. | |
| **TERRANCE ROBINSON,** | ORDER |
| Defendant. | |

This matter is before the Court on the Request for Transcript, filed by non-party Charice Bryson, ECF No. 62.[1]

The request for a transcript of the plea hearing held on December 14, 2017, and the sentencing on March 12, 2018, is granted, provided Charice Bryson contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript, filed by non-party Charice Bryson, ECF No. 62, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Charice Bryson at the address provided in ECF No. 62.

Dated this 2nd day of July 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge

---

[1] Ms. Bryson's earlier request for transcripts, ECF No. 60, was granted at Order, ECF No. 61, but withdrawn by communication to the court reporter.